UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY LONG,

    Plaintiff,

v.                                       CASE NO: 8:04-CV-2305-T-17MAP

WILDER CORPORATION
OF DELAWARE,

    Defendant.
_____/

**ORDER**

On the day of the discovery deadline Plaintiff filed a motion to compel an inspection of Defendant's facility (doc. 10) and eleven days later Defendant filed a motion to compel answers to interrogatories, production of documents, and attendance at deposition (doc. 13). All these requests are untimely. This district follows the rule that the completion date for discovery means just that – *all discovery must be completed by that date.* Middle District Discovery (2001) at § I.F.1 (emphasis in rule). Hence, interrogatories, as an example, must be served more than thirty days prior to the completion date to permit the opposing party to respond before the discovery deadline. *Id.* If the parties agree to conduct discovery after the Court's discovery deadline, they cannot expect the Court to resolve their post-deadline discovery disputes. *Id.* Moreover, the Court expects the parties to address discovery disputes promptly – before the discovery deadline passes or soon thereafter. *See Ellison v. Windt,* 2001 WL 118617 (M.D. Fla. 2001) (motion to strike filed after discovery deadline untimely); *see also Suntrust Bank v. Blue Water Fiber, L.P.,* 210 F.R.D. 196, 200-201 (E.D. Mich. 2002) (reviewing cases from

various districts citing general principle); *Sales v. State Farm Fire and Casualty Co.,* 632 F. Supp. 435 (N.D. Ga. 1986) (motion to compel filed after the close of discovery was untimely). Accordingly, it is

ORDERED:

1. Plaintiff's Motion to Compel a Complete Inspection of Defendant's Facility Pursuant to Rule 34 (doc. 10) is DENIED.

2. Defendant's Motion to Compel Answers to Interrogatories, Production of Documents, Attendance at Deposition and for Sanctions (doc. 13) is DENIED.

DONE and ORDERED at Tampa, Florida on this 4th of August, 2005.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record